UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IGNACIO TORRES SAGAZ AND JUAN JOSE
ROMERO AVILA, as Bankruptcy Administrators for
FEDEOLIVA-JAEN S.C.A., IGNACIO TORRES
SAGAZ and JUAN JOSE ROMERO AVILA in their
Capacity as Bankruptcy Administrators for
FEDEOLIVA-JAEN, S.C.A., Assignee of all Claims and
Causes of Action of FEDEOLIVA U.S.A., LTC. Against
LEE D. SCHLUSSEL, C.P.A. and NEIL BYALICK,
C.P.A. and all parties, officers, directors, employees of
Agents of LEE D. SCHLUSSEL & CO., C.P.A. AND
EXFAFE, A.I.E.,

                              Plaintiffs

-against-

LEE D. SCHLUSSEL & COMPANY C.P.A., LEE D.
SCHLUSSEL C.P.A., AND NEIL BYALICK, C.P.A.,

                              Defendants

---------------------------------------------------------------X

Case No.: 07/3916

**STIPULATION OF REMAND**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the within action is hereby remanded to New York State Supreme Court under the action _Ignacio Torrez Sagaz et al. v. Lee D. Schlussel et al._, Index No. 07/102352.

Dated: July 20, 2007
        New York, New York

KAYSER & REDFERN, LLP

By: _____
Leo Kayser (LK-3650)
515 Madison Avenue, 30th Floor
New York, New York 10022
(212) 935-5057
Attorneys for Plaintiffs
IGNACIO TORRES SAGAZ
AND JUAN JOSE ROMERO AVILA
BANKRUPTCY ADMINISTRATORS
FOR FEDEOLIVA-JAEN S.C.A.

WINGET, SPADAFORA &
SCHWARTZBERG, LLP

By: _____
Matthew Tracy (MT-2503)
45 Broadway, 19th Floor
New York, New York 10006
(212) 221-6900
Attorneys for Defendants

BAKER & MCKENZIE

By: _____
Lawrence Newman
1114 Avenue of the Americas
New York, New York 10036
(212) 891-3500
Attorneys for Plaintiffs
EXPAFE A.I.E.

SO ORDERED:

_____
U.S.D.J.

7-20-07

-2-